LDK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND W. CAHOON, JR., JOSEPH A. NAPPA, LUCIO MONTELLA, JR., MICHAEL KRACZKOWSKI, THOMAS P. CONROY, JR., KEVIN J. LOISELLE, ALLEN C. SIMPKINS, ANN FERLA MASTRONARDI, PAUL KANE, SR., CAROLYN THATCHER, IN HER CAPACITY as the Administratrix of the Estate of NORMAN THATCHER, ROBERT R. LATHAM, JR., STEVEN S. ALBRO, DONALD SCOTT, CHARLES T. ROSS, ROLAND CREVIER, DENNIS PATRICK DONAHUE, DEAN SWANSON, PAUL E. AUBIN, WILLIAM I. BROOKE, RAYMOND W. CAHOON, SR., JAMES GORDON, HARRY BRANCH, JOSEPH WERBINSKI, THOMAS C. THOMPSON, RICHARD A. LABRIE, JOHN ROSE, LAWRENCE R. COLE, JOHN CAMPION, RONALD G. ANDERSON, ALFRED MATTERA, CAROL SWEETMAN, JOSEPH M. ROZZERO, TODD LEE, ROBERT W. LAVALLEY, DONALD SJOGREN, EUGENE PERRON, JAMES T. WARRENER, JR., RONALD ALLARD, and JOSEPH POPPA,

*Plaintiffs,*

vs.

OSCAR SHELTON, individually and in his official capacity as the Director of Personnel for the City of Warwick, SCOTT AVEDISIAN, individually and in his official capacity as Mayor of the City of Warwick, DIANA PEARSON, individually and in her official capacity as Assistant Solicitor for the City of Warwick, DAVID C. OLSEN, in his official capacity as the Treasurer of the City of Warwick, THE CITY OF WARWICK, the WARWICK BOARD OF PUBLIC SAFETY, LESLIE WALESKA BAXTER, individually and in her official capacity as Chairwoman of

CA 07 008S

*{ R.I. Superior Court C.A. No KC06-1146 }*

the Warwick Board of Public Safety, MARSHALL MARTIN, individually and in his official capacity as a member of the Warwick Board of Public Safety, JOSEPH SPINALE, individually and in his official capacity as a member of the Warwick Board of Public Safety and MICHAEL RYAN, individually and in his official capacity as former Chairman of the Warwick Board of Public Safety, and various JOHN DOES and JANE DOES,

*Defendants.*

**PETITION FOR REMOVAL**

**To: United States District Court**
**for the District of Rhode Island**

1. Defendants—Oscar Shelton, Scott Avedisian, Diana Pearson, David C. Olsen, City of Warwick, Warwick Board of Public Safety, Leslie Waleska Baxter, Marshall Martin, Joseph Spinale and Michael Ryan ("defendants")—are defendants in a civil action filed in the Kent County Superior Court entitled, *Raymond W. Cahoon, Jr., et al. v. Oscar Shelton, et al., C.A. No. KC06-1146.* Attached to this petition is a complete and certified copy of the record from the Kent County Superior Court.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about December 16, 2006.

3. The above described action, as stated in plaintiffs' complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is one which

may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

Defendants,
Oscar Shelton, Scott Avedisian, David C. Olsen, City of Warwick, Warwick Board of Public Safety, Leslie Waleska Baxter, Marshall Martin, Joseph Spinale and Michael Ryan,

By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

and,

Defendants,
Oscar Shelton, Scott Avedisian, Diana Pearson David C. Olsen, City of Warwick, Warwick Board of Public Safety, Leslie Waleska Baxter, Marshall Martin, Joseph Spinale and Michael Ryan,

By their attorney,

John G. Earle, Esq.
Solicitor, City of Warwick
BRESLIN, SWEENEY & EARLE, LLP
222 Jefferson Boulevard, Suite 300
Warwick, RI 02888
(401) 737-8484
(401) 738-6935 fax
jearle@bselaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Petition was mailed, postage prepaid, on this 5th day of January, 2007, to:

William M. Kolb, Esq. (#3664)
LAW OFFICES OF WILLIAM M. KOLB, LLC
One Ship Street
Providence, RI 02903
(401) 490-8297
(401) 490-8299 fax

Christine M. Curley, Esq. (#4529)
LAW OFFICES OF CHRISTINE M. CURLEY, ESQ.
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
(401) 294-0849 fax