STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2006-1146 RAYMOND W CAHOON JR V OSCAR SHELTON

Defendant: CITY OF WARWICK
ID: WARWICK
Defendant: WARWICK BOARD OF PUBLIC SAFETY
ID: @10878324
Defendant: LESLIE BAXTER
ID: @10878325
Defendant: MARSHALL MARTIN
ID: @10878329
Defendant: JOSEPH SPINALE
ID: @10878330
Defendant: MICHAEL RYAN
ID: @10878331

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 12-11-2006 | COMPLAINT FILED | |
| 12-11-2006 | INITIAL FILING FEE | |
| 12-11-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCK54945. |
| 12-20-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: AVEDISIAN, SCOTT |
| 12-20-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: PEARSON, DIANA |
| 12-20-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: SHELTON, OSCAR |
| 12-20-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: OLSEN, DAVID |
| 12-20-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: RYAN, MICHAEL |
| 12-26-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: SPINALE, JOSEPH |
| 12-26-2006 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: BAXTER, LESLIE WALESKA |
| 12-26-2006 | SUMMONS,PROOF OF SERVICE FILED | OF MARTIN MARTIN |
| 12-27-2006 | AMENDED COMPLAINT FILED | |
| 01-03-2007 | AMENDED COMPLAINT FILED | Affiliated: CAHOON, RAYMOND |

True Copy Attest

Office ... Superior Court
County of Kent
Warwick, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2006-1146 RAYMOND W CAHOON JR V OSCAR SHELTON

Filing Date: 12-11-2006
Case Status: UNASSIGNED

Case Type: RECOVERY OF DAMAGES/INSURAN(
Status Date: 12-11-2006

| Plaintiff | Attorney |
|---|---|
| Plaintiff: RAYMOND CAHOON<br>ID: @10878232 | Attorney: WILLIAM KOLB |
| Plaintiff: JOSEPH NAPPA<br>ID: @10878233 | Attorney: WILLIAM KOLB |
| Plaintiff: LUCIO MONTELLA<br>ID: @10878234 | Attorney: WILLIAM KOLB |
| Plaintiff: MICHAEL KRACZKOWSKI<br>ID: @10878236 | Attorney: WILLIAM KOLB |
| Plaintiff: THOMAS CONROY<br>ID: @10878237 | Attorney: WILLIAM KOLB |
| Plaintiff: KEVIN LOISELLE<br>ID: @10878239 | Attorney: WILLIAM KOLB |
| Plaintiff: ALLEN SIMPKINS<br>ID: @10878241 | Attorney: WILLIAM KOLB |
| Plaintiff: ANN FERLA MASTRONARDI<br>ID: @10878244 | Attorney: WILLIAM KOLB |
| Plaintiff: PAUL KANE<br>ID: @10878245 | Attorney: WILLIAM KOLB<br>Attorney: WILLIAM KOLB |
| Plaintiff: CAROLYN THATCHER<br>ID: @10878246 | Attorney: WILLIAM KOLB |
| Plaintiff: NORMAN THATCHER<br>ID: @10878247 | Attorney: WILLIAM KOLB |
| Plaintiff: ROBERT LATHAM<br>ID: @10878250 | Attorney: WILLIAM KOLB |
| Plaintiff: STEVEN ALBRO<br>ID: @10878251 | Attorney: WILLIAM KOLB |
| Plaintiff: DONALD SCOTT<br>ID: @10878253 | Attorney: WILLIAM KOLB |
| Plaintiff: CHARLES ROSS<br>ID: @10878255 | Attorney: WILLIAM KOLB |
| Plaintiff: ROLAND CREVIER<br>ID: @10878256 | Attorney: WILLIAM KOLB |
| Plaintiff: DENNIS DONAHUE<br>ID: @10878259 | Attorney: WILLIAM KOLB |
| Plaintiff: DEAN SWANSON<br>ID: @10878261 | Attorney: WILLIAM KOLB |
| Plaintiff: PAUL AUBIN<br>ID: @10878264 | Attorney: WILLIAM KOLB |
| Plaintiff: WILLIAM BROOKE<br>ID: @10878267 | Attorney: WILLIAM KOLB |
| Plaintiff: RAYMOND CAHOON | Attorney: WILLIAM KOLB |

True Copy Attest
Office ... Superior Court
County of ... Warwick, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2006-1146 RAYMOND W CAHOON JR V OSCAR SHELTON

| | |
|---|---|
| RAYMOND CAHOON<br>ID: @10878268 | |
| Plaintiff: JAMES GORDON<br>ID: @10878269 | Attorney: WILLIAM KOLB |
| Plaintiff: HARRY BRANCH<br>ID: @10878270 | Attorney: WILLIAM KOLB |
| Plaintiff: JOSEPH WERBINSKI<br>ID: @10878272 | Attorney: WILLIAM KOLB |
| Plaintiff: THOMAS THOMPSON<br>ID: @10878273 | Attorney: WILLIAM KOLB |
| Plaintiff: RICHARD LABRIE<br>ID: @10878274 | Attorney: WILLIAM KOLB |
| Plaintiff: JOHN ROSE<br>ID: @10878276 | Attorney: WILLIAM KOLB |
| Plaintiff: LAWRENCE COLE<br>ID: @10878277 | Attorney: WILLIAM KOLB |
| Plaintiff: JOHN CAMPION<br>ID: @10878278 | Attorney: WILLIAM KOLB |
| Plaintiff: RONALD ANDERSON<br>ID: @10878279 | Attorney: WILLIAM KOLB |
| Plaintiff: ALFRED MATTERA<br>ID: @10878281 | Attorney: WILLIAM KOLB |
| Plaintiff: CAROL SWEETMAN<br>ID: @10878282 | Attorney: WILLIAM KOLB |
| Plaintiff: JOSEPH ROZZERO<br>ID: @10878283 | Attorney: WILLIAM KOLB |
| Plaintiff: TODD LEE<br>ID: @10878284 | Attorney: WILLIAM KOLB |
| Plaintiff: ROBERT LAVALLEY<br>ID: @10878286 | Attorney: WILLIAM KOLB |
| Plaintiff: DONALD SJOGREN<br>ID: @10878287 | Attorney: WILLIAM KOLB |
| Plaintiff: EUGENE PERRON<br>ID: @10878288 | Attorney: WILLIAM KOLB |
| Plaintiff: JAMES WARRENER<br>ID: @10878318 | Attorney: WILLIAM KOLB |
| Defendant: OSCAR SHELTON<br>ID: @10878320 | |
| Defendant: SCOTT AVEDISIAN<br>ID: @10878321 | |
| Defendant: DIANA PEARSON<br>ID: @10878322 | |
| Defendant: DAVID OLSEN<br>ID: @10878323 | |

True Copy Attest
Office ... Superior Court
County of ...
Warwick, Rhode Island