UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND W. CAHOON, JR., JOSEPH A. NAPPA, LUCIO MONTELLA, JR., MICHAEL KRACZKOWSKI, THOMAS P. CONROY, JR., KEVIN J. LOISELLE, ALLEN C. SIMPKINS, ANN FERLA MASTRONARDI, PAUL KANE, SR., CAROLYN THATCHER, IN HER CAPACITY as the Administratrix of the Estate of NORMAN THATCHER, ROBERT R. LATHAM, JR., STEVEN S. ALBRO, DONALD SCOTT, CHARLES T. ROSS, ROLAND CREVIER, DENNIS PATRICK DONAHUE, DEAN SWANSON, PAUL E. AUBIN, WILLIAM I. BROOKE, RAYMOND W. CAHOON, SR., JAMES GORDON, HARRY BRANCH, JOSEPH WERBINSKI, THOMAS C. THOMPSON, RICHARD A. LABRIE, JOHN ROSE, LAWRENCE R. COLE, JOHN CAMPION, RONALD G. ANDERSON, ALFRED MATTERA, CAROL SWEETMAN, JOSEPH M. ROZZERO, TODD LEE, ROBERT W. LAVALLEY, DONALD SJOGREN, EUGENE PERRON, JAMES T. WARRENER, JR., RONALD ALLARD, and JOSEPH POPPA,

*Plaintiffs,*

vs.

C.A. No. 07-008 S

OSCAR SHELTON, individually and in his official capacity as the Director of Personnel for the City of Warwick, SCOTT AVEDISIAN, individually and in his official capacity as Mayor of the City of Warwick, DIANA PEARSON, individually and in her official capacity as Assistant Solicitor for the City of Warwick, DAVID C. OLSEN, in his official capacity as the Treasurer of the City of Warwick, THE CITY OF WARWICK, the WARWICK BOARD OF PUBLIC SAFETY, LESLIE WALESKA BAXTER, individually and in her official capacity as Chairwoman of

the Warwick Board of Public Safety, MARSHALL MARTIN, individually and in his official capacity as a member of the Warwick Board of Public Safety, JOSEPH SPINALE, individually and in his official capacity as a member of the Warwick Board of Public Safety and MICHAEL RYAN, individually and in his official capacity as former Chairman of the Warwick Board of Public Safety, and various JOHN DOES and JANE DOES,

*Defendants.*

**ANSWER ON BEHALF OF DEFENDANTS[1]**
**to PLAINTIFFS' SECOND AMENDED COMPLAINT**

Now come defendants—Oscar Shelton, Scott Avedisian, Diana Pearson, David C. Olsen, in his official capacity as Treasurer of the City of Warwick, City of Warwick, Warwick Board of Public Safety, Leslie Waleska Baxter, Marshall Martin, Joseph Spinale and Michael Ryan ("defendants")—and hereby answer the Second Amended Complaint of the plaintiffs as follows:

1. These defendants admit the allegations contained in paragraphs 1 through 50 of that portion of the plaintiffs' Second Amended Complaint entitled, *Parties and Jurisdiction.*

2. These defendants make no response to the allegations contained in paragraphs 51 and 52 of that portion of the plaintiffs' Second Amended Complaint entitled, *Parties and Jurisdiction*, and leave plaintiffs to their proof of same.

[1] Namely, Oscar Shelton, Scott Avedisian, Diana Pearson, David C. Olsen, City of Warwick, Warwick Board of Public Safety, Leslie Waleska Baxter, Marshall Martin, Joseph Spinale and Michael Ryan.

3. These defendants admit the allegations contained in paragraph 53 of that portion of the plaintiffs' Second Amended Complaint entitled, *Facts.*

4. These defendants deny the allegations contained in paragraphs 55, 58, 59, 63, 64, 65, 66, 67, 68, 69, 70, 72 and 74 of that portion of the plaintiffs' Second Amended Complaint entitled, *Facts.*

5. These defendants make no response to the allegations contained in paragraphs 54, 55, 57 and 60 of that portion of the plaintiffs' Second Amended Complaint entitled, *Facts* and leave plaintiffs to their proof of same.

6. These defendants make no response to the allegations set forth in paragraphs 61, 62, 71, 73, 75 and 76 of that portion of the plaintiffs' Second Amended Complaint entitled, *Facts,* and state that the documents referenced in said paragraphs speak for themselves.

7. These defendants deny the allegations contained in paragraphs 77, 78, 79, 80, 81 and 82 of that portion of the plaintiffs' complaint entitled, *Count I: Declaratory Judgment – R.I. Gen. Laws § 45-19-1*.

8. These defendants deny the allegations contained in paragraphs 83, 84, 86, 87, 88, 89 and 90 of that portion of the plaintiffs' complaint entitled, *Count II: Declaratory Judgment – City Charter and Ordinances*.

9. These defendants admit the allegations contained in paragraph 85of that portion of the plaintiffs' complaint entitled, *Count II: Declaratory Judgment – City Charter and Ordinances*.

10. These defendants deny the allegations contained in paragraphs 91, 92, 93, 94, 95, 96, 97, 98 and 99 of that portion of the plaintiffs' complaint entitled, *Count III: Estoppel*.

11. These defendants deny the allegations contained in paragraphs 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 111, 112, 113 and 114 of that portion of the plaintiffs' complaint entitled, *Count IV: Civil Rights Violations, 42 U.S.C. § 1983.*

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

These defendants plead absolute and qualified immunity as a bar to the within Second Amended Complaint.

### SECOND AFFIRMATIVE DEFENSE

These defendants plead all forms of common law and statutory immunity as a bar to the within Second Amended Complaint.

### THIRD AFFIRMATIVE DEFENSE

These defendants plead the public duty doctrine as a bar to the within Second Amended Complaint.

### FOURTH AFFIRMATIVE DEFENSE

These defendants plead the statute of limitations as a bar to the within Second Amended Complaint.

FIFTH AFFIRMATIVE DEFENSE

These defendants plead laches as a bar to the within Second Amended Complaint.

SIXTH AFFIRMATIVE DEFENSE

These defendants plead waiver as a bar to the within Second Amended Complaint.

SEVENTH AFFIRMATIVE DEFENSE

These defendants plead the statutory cap on damages as a bar and restriction on the amount of damages recoverable in this matter.

EIGHTH AFFIRMATIVE DEFENSE

These defendants plead that plaintiffs' Complaint fails to support a claim against each of these defendants in their individual capacities.

NINTH AFFIRMATIVE DEFENSE

These defendants plead res judicata and/or collateral estoppel as a bar to the within complaint.

TENTH AFFIRMATIVE DEFENSE

These defendants plead failure to perfect service of process as a bar to the within complaint.

**These defendants demand trial by jury.**

Defendants,
Oscar Shelton, Scott Avedisian, David C. Olsen, City of Warwick, Warwick Board of Public Safety, Leslie Waleska Baxter, Marshall Martin, Joseph Spinale and Michael Ryan,

By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

and,

Defendants,
Oscar Shelton, Scott Avedisian, Diana Pearson David C. Olsen, City of Warwick, Warwick Board of Public Safety, Leslie Waleska Baxter, Marshall Martin, Joseph Spinale and Michael Ryan,

By their attorney,

*/s/ John G. Earle*

John G. Earle, Esq.
Solicitor, City of Warwick
BRESLIN, SWEENEY & EARLE, LLP
222 Jefferson Boulevard, Suite 300
Warwick, RI 02888
(401) 737-8484
(401) 738-6935 fax
jearle@bselaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 9th day of January, 2007, and is available for viewing and downloading from the ECF system.

*/s/ Marc DeSisto*

Marc DeSisto