UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RAYMOND W. CAHOON, JR., et al. | : | |
| v. | : | C.A. No. 07-008S |
| OSCAR SHELTON, individually and in his official capacity as the Director of Personnel for the City of Warwick | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
January 11, 2007

BY ORDER:

Deputy Clerk