UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Raymond W. Cahoon, Jr.

v. CA No. 07-008S

Oscar Shelton, et al

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

DATE: 1/23/07