UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND W. CAHOON, JR., JOSEPH A. NAPPA, LUCIO MONTELLA, JR., MICHAEL KRACZKOWSKI, THOMAS P. CONROY, JR., KEVIN J. LOISELLE, ALLEN C. SIMPKINS, ANN FERLA MASTRONARDI, PAUL KANE, SR., CAROLYN THATCHER, IN HER CAPACITY as the Administratrix of the Estate of NORMAN THATCHER, ROBERT R. LATHAM, JR., STEVEN S. ALBRO, DONALD SCOTT, CHARLES T. ROSS, ROLAND CREVIER, DENNIS PATRICK DONAHUE, DEAN SWANSON, PAUL E. AUBIN, WILLIAM I. BROOKE, RAYMOND W. CAHOON, SR., JAMES GORDON, HARRY BRANCH, JOSEPH WERBINSKI, THOMAS C. THOMPSON, RICHARD A. LABRIE, JOHN ROSE, LAWRENCE R. COLE, JOHN CAMPION, RONALD G. ANDERSON, ALFRED MATTERA, CAROL SWEETMAN, JOSEPH M. ROZZERO, TODD LEE, ROBERT W. LAVALLEY, DONALD SJOGREN, EUGENE PERRON, JAMES T. WARRENER, JR., RONALD ALLARD, and JOSEPH POPPA,

*Plaintiffs,*

vs.

C.A. No. 07-008 S ML

OSCAR SHELTON, individually and in his official capacity as the Director of Personnel for the City of Warwick, SCOTT AVEDISIAN, individually and in his official capacity as Mayor of the City of Warwick, DIANA PEARSON, individually and in her official capacity as Assistant Solicitor for the City of Warwick, DAVID C. OLSEN, in his official capacity as the Treasurer of the City of Warwick, THE CITY OF WARWICK, the WARWICK BOARD OF PUBLIC SAFETY, LESLIE WALESKA BAXTER, individually and in her official capacity as Chairwoman of

the Warwick Board of Public Safety, MARSHALL MARTIN, individually and in his official capacity as a member of the Warwick Board of Public Safety, JOSEPH SPINALE, individually and in his official capacity as a member of the Warwick Board of Public Safety and MICHAEL RYAN, individually and in his official capacity as former Chairman of the Warwick Board of Public Safety, and various JOHN DOES and JANE DOES,

*Defendants.*

**~~(PROPOSED)~~ PRETRIAL ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and in accord with the pretrial conference held on March 15, 2007, it is hereby ordered:

1. that cross motions for summary judgment with supporting memorandums of law shall be filed by each party on or before June 1, 2007. Reply memorandums may be filed on or before July 2, 2007;

2. the motions for summary judgment shall address the plaintiffs' claims on the merits and shall not include arguments based on qualified immunity;

3. all discovery will be stayed pending resolution of the cross motions for summary judgment unless otherwise ordered by this Court;

4. if necessary, after the motions are decided, the Court will schedule another pretrial conference so that pretrial deadlines can be set including a discovery closure date and a date for the defendants to press their qualified immunity defenses by motion.

SO ORDERED:

Mary M. Lisi
Chief Judge
United States District Court
District of Rhode Island
March 26, 2007

Entered as an Order of this Court on March 26, 2007.

Barbara Barletta
Deputy Clerk

CERTIFICATION

I hereby certify that the within document has been emailed to the Court on this 19th day of March, 2007.

*/s/ Marc DeSisto*

Marc DeSisto