UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Raymond W. Cahoon, Jr. et al | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | C.A. #: 07-008ML |
| | : | |
| Oscar Shelton, et al | : | |
| Defendants | : | |

**JOINT MOTION FOR EXTENSION OF PRETRIAL ORDER**

The parties to this case hereby move to extend the time by which Plaintiffs and Defendants are required to to file their cross motions for summary judgment as set forth in this Court's Pretrial Order of March 26, 2007 as follows:

1. That cross motions for summary judgment with supporting memoranda of law shall be filed by each party on or before July 2, 2007. Reply memoranda may be filed on or before August 2, 2007.

Plaintiffs,

By their Attorneys,

/s/ William M. Kolb
William M. Kolb, #3664
Law Offices of William M. Kolb, LLC
One Ship Street
Providence, RI 02903
401-490-8297
401-490-8299 (fax)

/s/ Christine M. Curley
Christine M. Curley #4529
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
(401) 294-0849 (fax)

Defendants

By their Attorneys,

/s/ Marc DeSisto, Esq.
Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O.Box 2563
Providence, RI 02906-2563
marc@desistolaw.com

/s/ John G. Earle, Esq.
John G. Earle, Esq.
BRESLIN, SWEENEY & EARLE, LLP
222 Jefferson Boulevard, Suite 300
Warwick, RI 02888
jearle@bselaw.com

**CERTIFICATION**

I hereby certify that the foregoing Joint Motion to Extend Pretrial Order was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 29 day of May 2007:

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O.Box 2563
Providence, RI 02906-2563
marc@desistolaw.com

John G. Earle, Esq.
BRESLIN, SWEENEY & EARLE, LLP
222 Jefferson Boulevard, Suite 300
Warwick, RI 02888
jearle@bselaw.com

/s/ William M. Kolb