UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RAYMOND W. CAHOON, JR., et al.<br>*Plaintiffs,*<br>vs.<br>OSCAR SHELTON, et al.,<br>*Defendants.* | C.A. No. 07-008 ML |

**ENTRY OF APPEARANCE**

I, Marc DeSisto, Esquire, hereby enter my appearance in the above-captioned matter on behalf of Defendant Diane Pearson, in her capacity as Assistant Solicitor for the City of Warwick.

Defendant Diane Pearson,
By her attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 2nd day of July, 2007, and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means.

Christine M. Curley christinecurley@earthlink.net
William M. Kolb bill@kolblaw.com
John G. Earle jearle@bselaw.com

*/s/ Marc DeSisto*

Marc DeSisto