# EXHIBIT A

01/05/2007 15:44 4016661118 LAW OFFICE/PINAULT PAGE

OSCAR K. SHELTON
PERSONNEL DIRECTOR

SCOTT AVEDISIAN
MAYOR

CITY OF WARWICK
DIVISION OF PERSONNEL
3275 POST ROAD • WARWICK, RHODE ISLAND 02886
TEL (401) 738-2000 • FAX (401) 732-7636
T.D.D. (401) 739-9150

December 11, 2003

To All City of Warwick Retired Police Officers and Firefighters:

Please be advised that due to a recent Rhode Island Supreme Court ruling, the City will change the way it handles medical bills for injuries incurred while a retiree was an active employee. Effective on January 1, 2004, all medical bills and prescription drug expenses for those injuries incurred while an active employee must be processed through a retiree's normal health insurance plan (Blue Cross, Healthmate, Medicare, etc.), subject to the co-payments, deductibles and other restrictions and limitations of those plans. Also, the City will no longer operate the separate prescription drug program through CVS as of January 1, 2004.

For all medical services and prescription drug bills incurred before January 1, 2004, related to an injury while an active employee, retirees will have until February 29, 2004, to submit such bills to the City to be paid for as was done previously. Such bills to be submitted must be over and above what was paid for by health insurance. No medical services or prescription drug bills incurred after January 1, 2004 will be paid for directly ~~through the City~~, but through the retiree's medical insurance, if available.

Oscar K. Shelton
Personnel Director

A