# EXHIBIT F

# LAW OFFICES OF WILLIAM M. KOLB, LLC

1 SHIP STREET
PROVIDENCE, RI 02903
P: 401-490-8297 F: 401-490-8299
WWW.KOLBLAW.COM
E-MAIL: BILL@KOLBLAW.COM

William M. Kolb, ESQ.
ADMITTED TO PRACTICE
RHODE ISLAND
MASSACHUSETTS


By Certified Mail, Return Receipt Requested, and Regular Mail

December 5, 2006

Leslie Walaska Baxter,
Chairwoman, Board of Public Safety
City of Warwick
3275 Post Road
Warwick, Rhode Island 02886

Re: Loss of Injured on Duty Benefits

Dear Ms. Baxter:

Please be advised that this law firm represents Raymond W. Cahoon, Jr., Raymond W. Cahoon, Sr., Joseph A. Nappa, Lucio Montella, Jr., James Gordon, Michael Kraczkowski, Harry Branch, Thomas P. Conroy, Jr., Kevin J. Loiselle, Allen C. Simpkins, Ann Ferla Mastronardi, Joseph Werbinski, Thomas C. Thompson, Paul Kane, Sr., Estate of Norman Thatcher, Todd Lee, Robert W. Lavalley, William I. Brooke, Steven S. Albro Paul E. Aubin, Dennis Patrick Donahue, John Rose, Lawrence R. Cole, Richard A Labrie, John Campion, Carol Sweetman, Robert R. Latham, Jr., Donald Scott, Charles Ross, Donald Sjogren, Eugene Perron, Roland Crevier, Dean Swanson, Ronald G. Anderson, Alfred Mattera, Joseph Rozzero and James T. Warrener, Jr.

All of these people are former Warwick police and firefighters, retired with a disability pension because of an on the job injury.

All of these people have lost benefits, without notice and a chance for a hearing, as a result of the policy instituted by Oscar Shelton, on or about January 1, 2004, as a result of the letter he sent out on or about December 11, 2003, a copy of which is attached hereto.

Since it is the Board of Public Safety and not Oscar Shelton who is vested in the City of Warwick with the authority to make decisions regarding benefits for retired disabled police and firefighters, see Hagenberg v. Avedisian, 879 A.2d 436, 441-443 (R.I. 2005), the above named individuals respectfully request that this matter be placed for hearing upon the agenda of the Board of Public Safety scheduled to be held on Tuesday, December 19, 2006.

True Copy Attest

Office ... Superior Court
County ...
Warwick, Rhode Island

Also, please be advised that, in the event, the above named individuals have to resort to a law suit to resolve this matter, they will be seeking attorneys fees pursuant to 42 U.S.C. §1988 and the Equal Access to Justice Act, R.I.G.L. §42-92-1 et seq.

Thank you for your attention to the above.

Very truly yours,

William Kolb, Esq.

Enclosure

cc: Diana Pearson, Esq. (w/ enc.)
Albert Hagenberg (w/ enc.)

True Copy Attest

Off... Superior Court
Coun...
We... Island