# EXHIBIT G

**Diana E. Pearson**
Attorney-at-Law
1050 Main Street, #2,
P.O. Box 178 East Greenwich, RI 02818
401-886-1114 fax 401-886-1118
Email: diana@dpearsonlaw.com

FACSIMILE TRANSMITTAL

**Date: 12/6/06**

**To: Bill Kolb** **Fax#: 490-8299**

**From: Diana**

**Number of Pages (including cover): 1**

Re: Warwick Retirees

Bill,

This will acknowledge receipt of your letter to the Board of Public Safety regarding medical benefits for retirees.

Although your request can be placed on the agenda, the Board's position is, pursuant to the Supreme Court decision, that any retiree who has written confirmation that the City and/or Board of Public Safety will pay 100% of OJI related medical bills after retirement will have those bills paid in full. Otherwise, the Board's position is that the City's health insurance, as part of the retirement plan, meets the City's obligation.

As such, please advise whether you wish this to be on the agenda for 12/19, a rather lengthy agenda. The Board can accept written documentation without a hearing, if you would rather handle it that way.

I look forward to hearing from you on the handling of this matter.

True Copy Attest
[signature]
Office ... Superior Court
County of Kent
Warwick Rhode Island