UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Raymond W. Cahoon, Jr. et al<br>Plaintiffs | : | |
| v. | : | C.A. No.: 07-008S |
| Oscar Shelton, et al<br>Defendants | : | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and this Court's Pretrial Order, Plaintiffs hereby move for entry of summary judgment against Defendants on their claims for declaratory judgment, estoppel and civil rights violations pursuant to 42 U.S.C. § 1983, on the grounds that Plaintiffs are entitled to judgment as a matter of law.

In support of their Motion, Plaintiffs rely on the accompanying Memorandum of Law, the Plaintiffs' Affidavits[1] , and the Rule 12.1 Statement of Undisputed Facts filed herewith and the exhibits attached thereto.

Plaintiffs,

By their Attorneys,

/s/William M. Kolb

William M. Kolb, #3664
Law Offices of William M. Kolb, LLC
One Ship Street
Providence, RI 02903
401-490-8297
401-490-8299 (fax)

[1] In the interest of judicial economy and, since each of the Plaintiffs would attest to substantially similar facts, Plaintiffs have filed representative affidavits, rather than affidavits from each of the Plaintiffs, in support of their motion for summary judgment.

/s/ Christine M. Curley
Christine M. Curley #4529
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
(401) 294-0849 (fax)

**CERTIFICATION**

I hereby certify that the foregoing Plaintiffs' Motion for Summary Judgment was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 2nd day of July 2007:

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
marc@desistolaw.com

John G. Earle, Esq.
BRESLIN, SWEENEY & EARLE, LLP
222 Jefferson Boulevard, Suite 300
Warwick, RI 02888
jearle@bselaw.com

/s/ William M. Kolb