# **Exhibit B**

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

KENT, SC. SUPERIOR COURT

ALBERT E. HAGENBERG, Individually :
And in his Official Capacity as the :
President of the Warwick Retired :
Police and Firefighters Association :
:
VS. : C.A. NO. 04-0044
:
SCOTT AVEDISIAN, et als :

DEPOSITION OF OSCAR SHELTON, Witness in the above-entitled cause, taken on behalf of the Plaintiffs, pursuant to notice, before Jeannette A. Lemoine, CSR, a Notary Public in and for the State of Rhode Island and Providence Plantations, at the offices of Kaplan & Kolb, 1100 Turks Head Building, Providence, Rhode Island, on February 19, 2004, at 9:00 a.m.

APPEARANCES:

For the Plaintiffs . . .KAPLAN & KOLB, INC.
BY: WILLIAM M. KOLB, ESQUIRE

For the Defendants. . . OFFICE OF CITY SOLICITOR
BY: DIANA E. PEARSON, ESQUIRE
ASSISTANT CITY SOLICITOR

Also Present: Albert Hagenberg, David Plante

ALLIED COURT REPORTERS
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02920
(401) 946-5500
www.alliedcourtreporters.com

familiar with it. It's -- we have a lot of police and fire -- it's the Workers' Comp law for police and fire basically.

Q. And when you say you've dealt with it for 14 years, can you describe for me in what way or manner you've dealt with it for over 14 years?

A. We provide -- for employees injured on duty, we provide them with 100 percent of their pay. We provide them with payments in excess of the their health insurance for those injuries for those employees.

Q. Is this before retirement or after retirement or both?

A. Until recently, it was for both.

Q. Okay. When you say "until recently," until how recently?

A. Until the Rhode Island Supreme Court came up with a clarifying ruling in a court case, Elliot v. Town of Warren.

Q. Was the existence of Rhode Island General Law 45-19-1 the reason why, as you stated earlier, there is no reference in the City Ordinances for medical benefits for police and firefighters post-retirement injured IOD or OJI?

A. I have no idea why it's not in the ordinances.

Q. But in any event, the benefits that you described earlier, the 100 percent of payment, and the payments in excess of health insurance for police or firefighters, injured IOD or OJI post-retirement, were paid pursuant to Rhode Island G.L. 45-19-1; is that a fair statement?

THE WITNESS: For post-retirement benefits?

MR. KOLB: Yes.

A. I would say so.

Q. And pre-retirement?

A. Pre-retirement.

Q. At least up until Elliot v. Town of Warren?

A. Right.

Q. The case Elliot v. Town of Warren, how did you become familiar with it?

A. I read about it in the newspaper.

Q. And when was that?

A. Last spring sometime, probably April, maybe March -- March or April of last year.

Q. And just in your own words -- and I understand you're a layperson, you're not an attorney, and