# Exhibit C

Sec. 20-60. Health insurance coverage for retired firefighters.

(a) The city, under the authority granted to it by the provisions of G.L. 1956, § 45-2-11, as amended, shall provide Blue Cross and Blue Shield medical insurance coverage to all of the employees of the fire department of this city who are presently retired or who may hereafter become retired.

(b) The city shall provide such coverage for those employees who retire from the department after July 1, 1983, for family or individual coverage as the employee may select.

(c) The city's obligation to provide such coverage shall terminate at such time as such retiree attains the age which makes him/her eligible for Medicare coverage or at such time as the retiree or his/her spouse obtains equal or better medical insurance coverage.

(d) A verification procedure shall be instituted whereby dual coverage can be verified. Any employee or retiree who fails to provide the necessary information is ineligible for family coverage. If said retiree or spouse, for any reason, loses his/her other available medical insurance coverage, said retiree may resume his/her coverage under the city plan. (Code 1971, § 7-55)

Sec. 20-112. Disability benefits.

(a) Eligibility.

(1) Whenever a member becomes unfit to perform active duty by reason of mental or physical infirmity, the board may require such member to retire. Thereafter, he or she shall be paid, in accordance with section 20-121, an annual benefit as described below. However, no member shall retire under this section unless three qualified physicians, as designated by the board, shall have certified in writing to the board that such member is permanently incapacitated. Such member shall submit to such periodic examinations as the board may specify for the purpose of determining any change in his or her mental or physical status.

(2) Upon the determination by three physicians that the mental or physical incapacity has been corrected and upon their recommendation to the board that such member is able to return to active duty, the board shall place such member on active duty status and pension benefits payable under this section shall cease. A member so classified shall return to active duty forthwith. If such member shall refuse to return to active duty forthwith, he or she shall then be classified as resigned from employment with pension benefits payable in accordance with the terms of section 20-114 or 20-117, whichever is applicable.

(b) Determination of annual benefit. When a member becomes permanently disabled in accordance with subsection (a) of this section, such member shall receive for his or her lifetime (unless payments cease earlier pursuant to subsection (a) of this section) an annual benefit in the following amounts:

(1) Service-related disability.

a. For any heart, lung or cancer-related disability, the annual benefit will be 66 2/3 percent of the member's highest salary.

b. For any other disability which causes the member to be eligible for social security disability payments, the annual benefit will be 66 2/3 percent of the member's highest salary.

c. For any other disability not previously described, the annual benefit will be equal to the benefit payable for retirement under section 20-111, but not less than 50 percent of the member's highest salary.

In no event will the member be eligible for a benefit equal to 66 2/3 percent of the member's highest salary on account of social security disability benefits awarded as a result of an application filed with the Social Security Administration after disability benefits from this fund have commenced.

(2) Nonservice-related disability. The annual benefit will be equal to the benefit payable for retirement under section 20-111, but not less than 50 percent of the member's highest salary.

(c) Limitation for persons receiving earned income. As a condition for receiving benefits of 66 2/3 percent of the member's highest salary under this section, the member shall file every year with the city's treasurer a sworn written report of his or her earned income for the one-year period immediately preceding the filing of the report, together with such supporting data as may reasonably be required. The member's pension amount for the following 24 semimonthly payments after the filing of the report of earned income shall be reduced. The total amount of the reduction shall be $1.00 for each dollar by which the actual earned income exceeded the salary paid for the same one-year period to an employee whose rank and seniority are the same as the retired member's highest rank and seniority while on active duty. One twenty-fourth of the total reduction shall be applied to each payment, or any other method of reduction may be applied which is acceptable to the city treasurer. However, in no event shall any such member receive an annual pension which is less than 50 percent of his or her highest salary.
(Ord. No. O-96-18, Exh. A (4.2), 5-13-96)

Sec. 20-202. Disability benefits.

(a) Eligibility.

(1) Whenever a member becomes unfit to perform active duty by reason of mental or physical infirmity, the board may require such member to retire. Thereafter he or she shall be paid, in accordance with section 20-221, an annual benefit as described below. However, no member shall retire under this section unless three qualified physicians as designated by the board shall have certified in writing to the board that such member is permanently incapacitated. Such member shall submit to such periodic examinations as the board may specify for the purpose of determining any change in his or her mental or physical status.

(2) Upon the determination by three physicians that the mental or physical incapacity has been corrected and upon their recommendation to the board that such member is able to return to active duty, the board shall place such member on active duty status and pension benefits payable under this section shall cease. A member so classified shall return to active duty forthwith. If such member shall refuse to return to active duty forthwith, he or she shall then be classified as resigned from employment with pension benefits payable in accordance with the terms of section 20-204 or 20-206, whichever is applicable.

(b) Determination of annual benefit. When a member becomes permanently disabled in accordance with subsection (a) of this section, such member shall receive for his or her lifetime (unless payments cease earlier pursuant to subsection (a) of this section) an annual benefit in the following amounts:

(1) Service-related disability.

a. For any heart, lung or cancer related disability, the annual benefit will be 66 2/3 percent of the member's final average salary.

b. For any other disability which causes the member to be eligible for social security disability payments, the annual benefit will be 66 2/3 percent of the member's final average salary.

c. For any other disability not previously described, the annual benefit will be equal to the benefit payable for retirement under section 20-201, but not less than 50 percent of the member's final average salary.

In no event will the member be eligible for a benefit equal to 66 2/3 percent of the member's final average salary on account of social security disability benefits awarded as a result of an application filed with the Social Security Administration after disability benefits from this fund have commenced.

(2) Nonservice-related disability. The annual benefit will be equal to the benefit payable for retirement under section 20-201, but not less than 50 percent of the member's final average salary.

(c) Limitation for persons receiving earned income. As a condition for receiving benefits of 66 2/3 percent of the member's final average salary under this section, the member shall file every year with the city's treasurer a sworn written report of his or her earned income for the one-year period immediately preceding the filing of the report, together with such supporting data as may reasonably be required. The members's pension amount for the following 24 semimonthly payments after the filing of the report of earned income shall be reduced. The total amount of the reduction shall be one dollar for each dollar by which the actual earned income exceeded the salary paid for the same one-year period to an employee whose rank and seniority are the same as the retired member's highest rank and seniority while on active duty. One twenty-fourth of the total reduction shall be applied to each payment, or any other method of reduction may be applied which is acceptable to the city treasurer. However, in no event shall any such member receive an annual pension which is less than 50 percent of his or her final average salary indexed in accordance with section 20-205.
(Ord. No. O-95-25, § I(4.2), 7-10-95)

Sec. 52-6. Health insurance coverage for retired police officers.

(a) The city, under the authority granted to it by the provisions of G.L. 1956, § 45-2-11, as amended, shall provide Blue Cross and physician's service coverage to all of the employees of the police department of this city who are presently retired or who may hereafter become retired.

(b) The city's obligation to provide such coverage shall terminate at such time as such retiree attains the age which makes him/her eligible for Medicare coverage.
(Code 1971, § 15-6)

Sec. 52-38. Service disability pension.

(a) Generally. When any officer or permanent member of the police department shall become permanently unfit for duty as a result of a service-connected injury or disease and is therefore placed by the board on the pension list, said officer or member shall receive a sum of 66 2/3 percent of his/her highest salary, which will be paid on semimonthly payments, subject to the limitation listed in subsection (b) of this section.

(b) Limitation for persons receiving earned income. When any officer or permanent member of the police department is on a service disability pension, such officer or member shall file every six months with the board of public safety a sworn written report of his/her earned income for the six-month period immediately preceding the filing of this report, together with such supporting data as may reasonably be required. Earned income is defined as amounts received as compensation for services rendered. The officer's or member's pension amount for the following six months after the filing of the report of earned income shall be reduced dollar for dollar by any amount the actual earned income exceeded the salary paid to an officer or permanent member with the same rank and seniority on active duty at the time such reports are filed. However, in no event shall any officer or member on pension receive an annual sum less than 50 percent of his/her highest salary as a police officer.
(Code 1971, § 15-24.2)

Sec. 52-44. Pension increases.

(a) All members and officers who are now receiving pensions from this fund shall be granted an increase, if required, in amounts necessary to bring their pensions equal to one-half the salary of the permanent members of the department.

(b) Whenever salary increases are granted in the department in the various classifications, corresponding percentage increases shall be granted pensioners in the same classification. (Code 1971, § 15-30)

Sec. 52-82. Pension increases.

(a) As of January 1, 1972, and as of January 1 of each year thereafter, the city finance director shall adjust the pension of each pensioner receiving payments under this revised pension fund and the spouse or children of deceased police members entitled to pension benefits hereunder, in accordance with increases or decreases in the Consumer Price Index (U.S. all items index) compiled by the U.S. Department of Labor, Bureau of Labor Statistics, determined and limited as follows. Such index for October of the immediately preceding calendar year shall be divided by the corresponding index for October of the next previous calendar year, and the percentage of increase or decrease shall be determined. All pension payments for the current calendar year shall be increased or decreased from the rate payable during the immediately preceding calendar year by the percentage thus determined, except that in no event shall the increase or decrease exceed three percent for any single year. Furthermore, no downward adjustment shall decrease any pension to a lesser amount than the original amount of the pension benefit at retirement. In the case of any pensioner who has been retired for less than one full year on any January 1, a fractional adjustment shall be made corresponding to the period elapsed since the effective date of his/her retirement. No adjustments shall be made to the pension of any pensioner for or on account of increases or decreases in said Consumer Price Index occurring prior to said pensioner's being placed on the pension list.

(b) Effective July 1, 1986, beginning on January 1, 1987, and on each January 1 thereafter, the pension adjustment described above shall be an increase of three percent, regardless of increases or decreases in the Consumer Price Index.
(Code 1971, § 15-52)