Warwick Police Department
Headquarters
99 Veterans Memorial Drive
Warwick, Rhode Island 02886
Telephone: 737-2244

June 28, 1979

Christine S. Manfredi
Finance Director
City of Warwick
Warwick, Rhode Island

Dear Chris:

Please be advised that at a meeting of the Board of Public Safety held on Wednesday, June 27, 1979, retired Patrolman Albert Hagenberg appeared before the Board with counsel, namely, Frank E. Reardon, Esq., to formally discuss with the Board the city's decision not to pay retired Patrolman Hagenberg's medical bills.

As a result of this meeting with the Board of Public Safety, the Board unanimously passed a motion that the city is indeed liable for the medical bills arising out of his service-connected illness. They also stated they felt that his illness was definitely service-connected, and he was entitled to these benefits under the Rhode Island General Laws, specifically 45-19-1.

I hope this clears the matter up.

Sincerely,

WARWICK POLICE DEPARTMENT

John F. Coutcher
Chief of Police

JFC:as

cc: Frank E. Reardon, Esq. and
President, Warwick Police Association

B