OSCAR K. SHELTON
PERSONNEL DIRECTOR

SCOTT AVEDISIAN
MAYOR

CITY OF WARWICK
DIVISION OF PERSONNEL
3275 POST ROAD • WARWICK, RHODE ISLAND 02886
TEL (401) 738-2000 • FAX (401) 732-7636
T.D.D. (401) 739-9150

December 11, 2003

Mr. Michael Ryan
Chairman, Board of Public Safety
135 Hedgerow Drive
Warwick, RI 02886

Dear Mr. Ryan:

Recently the Rhode Island Supreme Court issued a ruling, a copy of which I have attached. The essence of that decision is that if Rhode Island communities have a disability system in place for its retired uniformed police and fire employees, then Rhode Island General Law § 45-19-1 *et seq.*, no longer applies to such individuals. For many years, the City has been paying medical expenses for disabled retirees over and above what their medical insurance covers. Quite often, these additional medical expenses are due to the fact that the retirees use providers who are not in the health insurer's network, or that the retirees are using alternative forms of medicine such as acupuncture or they are being prescribed drugs that are considered experimental, and are not covered by the medical insurer. Although it is hard to quantify how much this is costing the City, my best estimate would be that between $100,000 and $$150,000 annually is being expended to cover these services.

After consulting the City Solicitor and in light of the Supreme Court's decision, effective on January 1, 2004, the City will no longer pay for those medical services for disabled retirees that exceed what is covered by their health insurance plans. Please be advised that uniformed police and fire retirees from the City have access to fully paid medical plans (Blue Cross Classic or Blue Cross Healthmate Coast to Coast) until age 65 when they generally become eligible for Medicare. The plans that the City provides to the retirees have extremely generous benefits. This new policy will only require that they comply with the provisions and limitations of those plans such as using in-network providers and that they utilize traditional means of treatment subject to few limitations. I have also attached a copy of a letter that I am sending out to all retirees notifying them of this change in policy. If you have any questions, please call me.

Sincerely,

Oscar K. Shelton

Oscar K. Shelton
Personnel Director

Enc.

cc: Member Marshall Martin
Member Leslie Baxter
John Earle, Esquire