UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Raymond W. Cahoon, Jr. et al<br>Plaintiffs | : | |
| v. | : | C.A. No.: 07-008L |
| Oscar Shelton, et al<br>Defendants | : | |

**PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and this Court's Pretrial Order, Plaintiffs hereby object to Defendants' Motion for Partial Summary Judgment against Plaintiffs on their claims for declaratory judgment and civil rights violations pursuant to 42 U.S.C. § 1983, on the grounds that there are genuine issues of material fact which preclude summary judgment as a matter of law on the issues of res judicata as well as Plaintiffs' civil rights claims.

In support of their Objection, Plaintiffs rely on the accompanying Memorandum of Law, the Plaintiffs' Rule 56 (a) Statement of Disputed Facts filed herewith, the Affidavit of Albert Hagenberg and the exhibit attached thereto, as well as the Memorandum of Law, the Plaintiffs' Affidavits, and the Rule 12.1 Statement of Undisputed Facts and the exhibits attached thereto, previously filed with this Court in support of Plaintiffs' Motion for Summary Judgment.

Plaintiffs,

By their Attorneys,

/s/William M. Kolb
William M. Kolb, #3664
Law Offices of William M. Kolb, LLC
One Ship Street
Providence, RI 02903
401-490-8297
401-490-8299 (fax)

/s/ Christine M. Curley
Christine M. Curley #4529
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
(401) 294-0849 (fax)

**CERTIFICATION**

I hereby certify that the foregoing Plaintiffs' Objection to Defendants' Motion for Partial Summary Judgment was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorneys received service by electronic means on this 2nd day of August 2007:

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O.Box 2563
Providence, RI 02906-2563
marc@desistolaw.com

John G. Earle, Esq.
BRESLIN, SWEENEY & EARLE, LLP
222 Jefferson Boulevard, Suite 300
Warwick, RI 02888
jearle@bselaw.com

/s/ William M. Kolb