UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Raymond W. Cahoon, Jr. et al<br>Plaintiffs | : | |
| v. | : | C.A. #: 07-008ML |
| Oscar Shelton, et al<br>Defendants | : | |

**AFFIDAVIT OF ALBERT HAGENBERG**

I, Albert Hagenberg, under oath do depose and state as follows:

1. I, Albert Hagenberg was at all pertinent times set forth herein, and am presently, a member of the Warwick Police and Fire Fighters Association (the "Association") as well as its President. The following statements are based upon my personal knowledge and/or the records maintained by the Association.

2. The Association is a non profit corporation organized and existing under the laws of the State of Rhode Island and represents retired police and fire fighters from the City of Warwick, Rhode Island and widows of police and fire fighters from the City of Warwick. A true and accurate copy of the Association's bylaws is attached hereto as *Exhibit 1*.

3. Plaintiffs, as individual members of the Association, were not sent notices that case of *Hagenberg v. Avedesian* would be filed by Hagenberg on behalf of the Association prior to suit being filed.

4. Plaintiffs, as individual members of the Association, did not vote on the decision to file *Hagenberg v. Avedesian* on behalf of the Association prior to suit being filed. The vote to proceed with the litigation was made solely by the Executive Board.

5. Plaintiffs, as individual members of the Association, were not given the opportunity to opt out of the case of *Hagenberg v. Avedesian*.

6. Plaintiffs, as individual members of the Association, were not asked to fund the case of *Hagenberg v. Avedesian*.

7. Plaintiffs, as individual members of the Association, had no control over the conduct of the litigation in the case of *Hagenberg v. Avedesian*.

8. The case of *Hagenberg v. Avedisian* did not present or litigate the individual claims of the Plaintiffs or any other members of the Association apart from myself.

9. To the best of my knowledge, no other individual members of the Association, apart from myself, had received a letter from the Warwick Board of Public Safety expressly approving the continuation of injured on duty medical benefits pursuant to R.I. Gen. Laws § 45-19-1.

Albert E Hagenberg
Albert Hagenberg

Subscribed and sworn to before me this 31st day of July, 2007.

[signature]
Notary Public
My Commission Expires: 7/27/2009

**CERTIFICATION**

I hereby certify that the foregoing Affidavit was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 2ND day of August 2007:

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O.Box 2563
Providence, RI 02906-2563
marc@desistolaw.com

John G. Earle, Esq.
BRESLIN, SWEENEY & EARLE, LLP
222 Jefferson Boulevard, Suite 300
Warwick, RI 02888
jearle@bselaw.com

/s/ William M. Kolb