# **Exhibit 1**

# WARWICK RETIRED POLICE & FIRE ASSOCIATION, INC.

## BY-LAWS

### ARTICLE #1

NAME:

Warwick Retired Police & Fire Association, Inc.

### ARTICLE #2

OBJECTIVE

To fraternally unite all retired members and the surviving spouse of any active or retired deceased members of the Police and Fire personnel of the City of Warwick. To foster good fellowship, and to improve the general welfare of its members.

### ARTICLE #3

MEMBERSHIP

Section #1:

Membership shall be restricted to retired members of the Warwick Police and Fire Departments, or the surviving spouse of any active or retired deceased member of the Warwick Police and Fire Departments.

Section #2:

Any person retiring from the Warwick Police or Fire Department shall within three (3) months of their retirement apply for membership. Upon the death of any active or retired member of the Warwick Police or Fire Department, the surviving spouse of such active or retired member may, within three (3) months of the death of said member apply for membership. He or she automatically becomes a member, after applying for membership to the Secretary, stating Name, Address, Phone Number, and Department. Applications may be presented to the membership, at a regular meeting for approval.

Section #3:

Any person retired or the surviving spouse of any active or retired deceased member of the Warwick Police or Fire Department, who fails to apply for membership within three (3) months, shall make application to the Secretary to be submitted to the Membership Committee for investigation. Upon a favorable report from said committee the applicant will be assessed Five ($5.00) Dollars initiation fee. The initiation fee for the surviving spouse of any active or retired deceased member shall be waived. The membership will approve, or reject, the application at its next regular meeting.

Section #4:

The amount of annual dues payable by each member shall be in an amount recommended by the Executive Board and shall be paid by payroll deduction. The Secretary will cause notice of the proposed change to be given by service upon each member in person, or by mailing to him or her at the address listed on the membership rolls at least seven (7) days before the date set for the Annual Meeting for the election of officers. Ratification of the Executive Board's recommendation shall be by a majority vote of the membership present. The annual dues for the surviving spouse of any active or retired deceased member shall be waived. Any member who fails to pay their dues within sixty (60) days shall be deemed Not in Good Standing, and after proper notification by the Treasurer shall automatically terminate his or her membership.

Section #5:

As a condition of membership in this Association, no claims can be made against said Association, and that all interest on any funds, or property of the Association shall be forfeited, whether membership is continued or terminated.

## ARTICLE #4

REMOVAL OF MEMBERS

Section #1:

Any member or officer of this Association may be removed or expelled for bringing discredit to the Association by his or her actions or for non-performance of their duties.

Section #2:

Before removal or expulsion of any officer or member, the Executive Board will duly consider all evidence and recommend to the membership at its next regular meeting, whether or not such person be expelled or removed.

Section #3:

At any such meeting, after proper notice to the membership, a majority vote of the membership present and voting, will decide whether or not expulsion or removal is warranted.

## ARTICLE #5

### MEETINGS OF THE MEMBERSHIP

Section #1:

There shall be five (5) regular, and an Annual Meeting, and any special meeting called by the President when deemed necessary.

Section #2:

Regular meetings of the Association will be held in the months of: January - March - May - July - September - November.

Section #3:

The annual meeting of the Association shall be held on the third Tuesday of the month at 7:30 P.M. Location to be determined by the Executive Board. The Secretary shall serve personally, or cause to be served by mail, a written notice thereof, addressed to each member at his or her address as it appears on the membership rolls.

Section #4:

Special meetings of the membership other than those regulated by statute may be called at any time by a majority of the Executive Board, or upon the request of five (5) members in good standing.. Notice of such meeting stating the purpose of which it is called shall be served personally or by mail not less than seven (7) days before the date set for such meeting. If mailed, it shall be directed to a member at his or her address as it appears on the membership rolls. No business other than that specified in the call for the meeting shall be transacted at any special meeting.

Section #5:

The Annual Meeting for the election of officers will be held on the third Tuesday of March, of every year.

Section #6:

The Annual, Regular, or Special meeting of the Association can be cancelled, or the date changed in case of an emergency, by the approval of five (5) members of the Executive Board.

Section #7:

The Secretary shall notify all members of the Association in writing at least one (1) week before the date of the Annual, Regular, or Special meeting. Notice of meetings shall be given by service upon each member in person, by mail, or by any means accessible to the Secretary. If mailed, it shall be directed to a member at his or her address as it appears on the membership rolls.

Section #8:

With the exception of the meeting for the installation of officers, the Annual Meeting, all regular and special meetings of the Association, the rules contained in Roberts Rules, Revised, shall govern in all matters which are applicable, which are not inconsistent with these by-laws.

Section #9:

Upon proper notice having been served upon the membership by the Secretary the presence of ten (10) or more members, four (4) of which are current members of the Executive Board, in person, shall constitute a quorum for the transaction of business.

Section #10:

At all meetings of the membership, each member in good standing is entitled to one vote. All questions regarding the manner of deciding which is not regulated by statute shall be determined by a majority vote of the membership present and voting.

Section #11:

The order of business at all regular and special meetings of the membership shall be as follows:

1. Call meeting to order.
2. Moment of Silence - Departed Members.
3. Reading of Minutes - Regular or Special Meetings.
4. Bill - Communications.
5. Membership Applications (reports).
6. Committee Reports.
7. Unfinished Business.
8. New Business.
9. Remarks for the Good of the Associations.
10. Adjourn.

# ARTICLE #6

Section 1:

The affairs and business of the Association shall be managed by an Executive Board of Directors consisting of: President, Vice President, Secretary, Treasurer, and four Trustees.

Section 2: How Elected

At the annual meeting of the membership, those persons receiving a plurality of the votes cast shall be directors and shall constitute the Executive Board for the ensuing year.

Section 3: Term Of Office

The term of office of each of the directors of the Executive Board shall be for one year. The exception is the Trustees who shall serve for four (4) years on a staggered system.

Section 4: Duties

The Executive Board shall have the control and general management of the affairs and business of the Association including finances and election of members. The Executive Board shall in all cases act as a Board, regularly convened, by a majority, and they may adopt such rules and regulations for the conduct of their meetings and the management of the Association as they may deem proper, not inconsistent with these By-Laws or the laws of the State of Rhode Island.

Section #5: Director's Votes

At all meetings of the Executive Board, each director is to have one vote. The act of a majority of those present at the meeting and voting shall be the act of the Executive Board.

Section #6: Quorum

At any meeting of the Executive Board, provided that notice of the meeting has been provided to every member of the Executive Board, one-half of the Board shall constitute a quorum for the transaction of business.

Section #7: Vacancies

Vacancies in the Board which occur between annual meetings shall be filled for the unexpired portion of the term by a majority vote of the remaining directors.

Section #8: Removal Of Directors

Any one or more of the Directors may be removed either with or without cause at any time by a majority vote of the membership, at a special meeting which is called for the purpose.

## ARTICLE #7

Section #1: Executive Board Meetings

Regular meetings of the Executive Board shall be held at such times as the Executive Board shall determine.

Section #2:

Special Meetings of the Executive Board may be called by the President at any time or by the written request of three (3) members of the Board to the President stating the nature of the business to be discussed. The President must convene the meeting within three (3) days of the receipt of the request.

Section #3:

At any meeting at which every member of of the Executive Board shall be present, although held without notice, any business may be transacted which might have been transacted if the meeting had been duly called, provided that said meeting is being held with the voluntary approval of each of the directors present, said approval being assumed in the absence of a written directive.

## ARTICLE 8

Section #1: Officers

The officers of the Association shall be:

President
Vice-President
Secretary
Treasurer
Trustee (Fire)
Trustee (Fire)
Trustee (Police)
Trustee (Police)

Section #2:

To be eligible to hold office in this Association, a member must be in good standing, and have attended at least fifty (50%) percent of all regular and special meetings, for one year previous to election.

Section #3:

The Annual Meeting for the election of officers will be held on the third Tuesday of March, of every year.

Section #4:

Installation of officers will be held in the month of April, on a date to be determined by the Executive Board.

Section #5:

No member shall hold more than one office at a time,/and no officer shall be elected for more than two (2) consecutive terms in the same office of the Association.

## ARTICLE #9

Section #1:

The President shall have general supervision of the affairs of the Association. He shall preside at the meetings of the Association, and the Executive Board. He shall be ex-officio, a member of all committees. In his absence his duties hall devolve upon the Vice-President, Secretary-Treasurer, in succession.

Section #2:

The Vice-President shall perform all the duties of the President in the absence of the latter.

Section #3:

The Secretary shall attend all meetings of the Association and shall keep an accurate record of the proceedings. He shall give timely notice of all meetings, stating in said notice, the object or purpose for the call of such meeting. He shall keep a roll of the members, and have custody of all correspondence and records.

Section #4:

The Treasurer shall be the controller of the accounts, under the direction of the Executive Board. He shall render an annual report and such other reports as shall be called for by the Executive Board. He shall keep a correct and true account of all monies received by him and disbursed by him, provided that he shall make no disbursements of funds unless authorized to do so by an order in writing from the Executive Board. He shall deposit regularly all funds of the Association in his possession. Such deposits to be made in such bank or trust company as the Executive Board may appoint. Before entering upon the duties of his office, he shall give a bond in the penal sum of not less than Five Thousand ($5000.00) Dollars or an amount determined by the Executive Board. The cost of such bond is to be borne by the Association. Upon the expiration of his term he shall deliver to his successor all money, evidence of money, property or evidence of property, notes, or evidence of obligations or liabilities which he shall have in his possession belonging to the Association.

## ARTICLE #10

COMMITTEES

Section #1:

The Finance Committee of this Association, as appointed by the President, shall investigate all investment of monies, reporting their findings to the Executive Board, to be reported to the membership, at a regular or special meeting, for approval or rejection. This committee shall consist of one Trustee, and two Members in good standing, appointed by the President. This committee shall meet annually prior to the annual meeting, and formulate a budget for the coming year, to be submitted at the Annual Meeting for approval by the membership.

Section #2:

The Auditing Committee shall consist of the Executive Board, who shall meet with the Finance Committee, and the Secretary in the month of February for the purpose of auditing the books and records of the Association, and submit a written report at the Annual Meeting, holding on the third Tuesday of March of each year.

Section #3:

The Nominating Committee shall consit of three (3) members in good standing, appointed by the President at the January meeting of each year. The duties of this committee shall be to submit a slate of officers (Ref. Art. #6 - Art. #10 - Sec. #1 and #2) at the Annual Meeting, holding on the third Tuesday of March of each year. Counter-nominations may be presented for any office from the floor at the annual meeting.

Section #4:

The Membership Committee shall consist of three (3) members in good standing, appointed by the President, whose duties shall be to recruit new members to the Association. This committee is to investigate the reasons for any member being delinquent in the payment of their dues.

Section #5:

The By-Laws Committee shall consist of three (3) members in good standing, appointed by the President, who shall meet upon the request of the President and the Executive Board, for the purpose of making any corrections, additions, or deletions to these By-Laws.

Section #6:

The Sick and Pension Committee shall consist of three (3) members in good standing, appointed by the President. This committee will make periodic visitations to the ill or disabled members. They shall investigate such members' complaints, re: Rights and benefits. They shall advise the President or funeral arrangements of a deceased member.

Section #7:

It shall be the responsibility of the Chairman of the above committees to make recommendations at the annual meeting that will further the best interests of their committee, and the Associations.

BY-LAWS (Amendments)

Section #1:

Amendments to these By-Laws may be made at any regular or special meeting of the Association by an affirmative vote of two-thirds of the members present and voting.

Section #2:

Amendments to these By-Laws shall have been reduced to writing and filed with the Secretary-Treasurer, at the previous regular meeting.

## ARTICLE #12

CHAPLAINS:

The Chaplains shall attend to the spiritual needs of the members of this Association, and perform such duties as his office shall demand--when properly notified.

The Chaplins serving the Warwick Police and Fire Departments shall be considered as acting in the same capacity in this Association.

## ARTICLE #13

Section #1: Political Endorsements

It shall be the general policy of this Association that it will not, as an Association, endorse any political candidates seeking election to any public office. It is realized, however, that from time to time, endorsement of a political candidate may be in the best interest of the Association. In this event, upon recommendation of the Executive Board, a special meeting of the membership may be called for the purposes of waiving this section of the By-laws provided that notice of such meeting stating the purpose of which it is called shall be served personally or by mail not less than seven (7) days before the date set for such meeting. If mailed, it shall be directed to a member at his or her address as it appears on the membership rolls. No business other than that specified in the call for the meeting shall be transacted at any special meeting.

## ARTICLE #14

When notice to the membership is required by these By-laws, it shall be the responsibility of the Secretary to notify each member. Notice may be in person, by mail, or by any means accessible to the Secretary. This notice requirement is satisfied if such notice was directed to the member at his or her address as it appears on the membership rolls.