UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**RAYMOND W. CAHOON, JR., et als**

**Vs.** **C.A. NO. 07-0008ML**

**OSCAR SHELTON, et al**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for all defendants against all plaintiffs pursuant to the Memorandum and Order dated January 4, 2008 DENYING plaintiffs' Motion for Summary Judgment and GRANTING IN PART DENYING IN PART Defendants' Motion for Summary Judgment.**

Enter:
Barbara Barletta
Deputy Clerk

DATED: January 4, 2008