UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Raymond W. Cahoon, Jr. et al<br>Plaintiffs | : | |
| v. | : | C.A. #: 07-008ML |
| Oscar Shelton, et al<br>Defendants | : | |

**PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT AND FOR RECONSIDERATION**

Plaintiffs hereby move pursuant to Rule 59 (e) of the Federal Rules of Civil Procedure, that this Court reconsider its entry of judgment against the Plaintiffs entered on January 4, 2008 and, in particular, reconsider its grant of summary judgment in favor of the Defendants on Count III (Estoppel) and Count IV (Civil Rights Violation - 42 U.S.C. § 1983) on the grounds that there are genuine issues of material fact precluding summary judgment at this stage of the proceedings, as no discovery has been conducted between the parties; and that with respect to Count I (Declaratory Judgment) the Court erred in concluding that the entirety of R.I.Gen. Laws § 45-19-1 was preempted by the Warwick Ordinances providing for disability retirement, thereby precluding consideration of the scope and interpretation of the "recurrence" language in the statute.

In support of their Motion, Plaintiffs rely on the accompanying memorandum of law.

Plaintiffs,
By their Attorneys,

/s/ William M. Kolb
William M. Kolb, #3664
Law Offices of William M. Kolb, LLC
One Ship Street
Providence, RI 02903
401-490-8297; 401-490-8299 (fax)

/s/ Christine Curley
Christine M. Curley #4529
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
(401) 294-0849 (fax)

**CERTIFICATION**

I hereby certify that the foregoing *PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT AND FOR RECONSIDERATION* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorneys received service by electronic means on this 18th day of January 2008:

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
marc@desistolaw.com

John G. Earle, Esq.
BRESLIN, SWEENEY & EARLE, LLP
222 Jefferson Boulevard, Suite 300
Warwick, RI 02888
jearle@bselaw.com

/s/ William M. Kolb