UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Raymond W. Cahoon, Jr. et al<br>Plaintiffs | : | |
| v. | : | C.A. #: 07-008ML |
| Oscar Shelton, et al<br>Defendants | : | |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from the Judgment entered for all Defendants and against all Plaintiffs, pursuant to the Memorandum and Order dated January 4, 2008, denying Plaintiffs' Motion for Summary Judgment and granting in part and denying in part Defendants' Motion for Summary Judgment.

Plaintiffs,
By their Attorneys,

William M. Kolb, #3664
Law Offices of William M. Kolb, LLC
One Ship Street
Providence, RI 02903
(401)-490-8297
(401)-490-8299 (fax)

Christine M. Curley (wmk)

Christine M. Curley #4529
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
(401) 294-0849 (fax)

**CERTIFICATION**

I hereby certify that on the 25th day of January, 2008, a true copy of the foregoing Notice of Appeal was served by first class mail, postage pre paid, upon the following:

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

John G. Earle, Esq.
BRESLIN, SWEENEY & EARLE, LLP
222 Jefferson Boulevard, Suite 300
Warwick, RI 02888

J Vieira