UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FEB - 5 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

January 28, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CASE NUMBER: CA 07-008ML **CCA#** 08-1139
TITLE OF CASE: Raymond W. Cahoon, Jr., et al. V. Oscar Shelton, et al. 2-1-08

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

Encl: **Case File (one file folder: Documents 1 through 20)**
**Certified Docket**