# United States Court of Appeals
## For the First Circuit

No. 08-1139

RAYMOND W. CAHOON, JR.; JOSEPH A. NAPPA;
LUCIO MONTELLA, JR.; MICHAEL KRACZKOWSKI;
THOMAS P. CONROY, JR.;KEVIN J. LOISELLE; ALLEN C. SIMPKINS;
ANN FERLA MASTRONARDI;PAUL KANE, SR.;
CAROLYN THATCHER, in her capacity as the
Administratrix of the Estate of Norman Thatcher;
ROBERT R. LATHAM, JR.; STEVEN S. ALBRO; DONALD SCOTT;
CHARLES T. ROSS; ROLAND CREVIER; DENNIS PATRICK DONAHUE;
DEAN SWANSON; PAUL E. AUBIN; WILLIAM I. BROOKE;
RAYMOND W. CAHOON, SR.; JAMES GORDON; HARRY BRANCH;
JOSEPH WERBINSKI; THOMAS C. THOMPSON; RICHARD A. LABRIE;
JOHN ROSE; LAWRENCE R. COLE; JOHN CAMPION;
RONALD G. ANDERSON;ALFRED MATTERA; CAROL SWEETMAN;
JOSEPH M. ROZZERO; TODD LEE;ROBERT W. LAVALLEY;
DONALD SJOGREN; EUGENE PERRON;
JAMES T. WARRENER, JR.; RONALD ALLARD; JOSEPH POPPA,

Plaintiffs, Appellants,

v.

OSCAR SHELTON, individually and in his official capacity as the
Director of Personnel for the City of Warwick;
SCOTT AVEDISIAN, individually and in his official capacity as
Mayor of the City of Warwick; DIANA PEARSON, individually and
in her official capacity as Assistant Solicitor for the City of Warwick;
DAVID C. OLSEN, in his official capacity as the Treasurer of the City of Warwick;
THE CITY OF WARWICK; THE WARWICK BOARD OF PUBLIC SAFETY;
LESLIE WALESKA BAXTER, individually and in her official capacity as
Chairwoman of theWarwick Board of Public Safety;
MARSHALL MARTIN, individually and in his official capacity as a
member of the Warwick Board of Public Safety;
JOSEPH SPINALE, individually and in his official capacity as a
member of the Warwick Board of Public Safety; MICHAEL RYAN,
individually and in his official capacity as former Chairman of the
Warwick Board of Public Safety;
VARIOUS JOHN DOES AND JANE DOES,

Defendants, Appellees.

# ORDER OF COURT

Entered: February 21, 2008
Pursuant to 1st Cir. R. 27.0(d)

This court has docketed plaintiffs' appeal from the judgment entered on January 4, 2008 in CA No. 07-00008 (D. R.I.) as Appeal No. 08-1139. On January 18, 2008, plaintiffs filed a motion for reconsideration. Pursuant to Fed. R. App. P. 4(a)(4)(A), the notice of appeal does not become effective until the district court disposes of the post-judgment motion.

Therefore, appellants are directed to file a status report by **March 24, 2008** and at thirty day intervals thereafter, informing this court of any action taken by the district court on the post-judgment motion. Further, the appellants are directed to inform this court whether or not they intend to file a notice of appeal from the district court's post-judgment order. See Fed. R. App. P. 4(a)(4)(B). While appellants are encouraged to proceed with ordering all necessary transcripts to pursue this appeal, the time to file a transcript order form is enlarged to 10 days after the district court disposes of the above-mentioned motion. See Fed. R. App. P. 4(b)(1).

Failure to comply with this order may lead to dismissal of this appeal for lack of diligent prosecution. See 1st Cir. R. 3.0(b).

Once the district court rules on the motion for reconsideration, it is directed to forward its decision to this court forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 2-21-08

[Certified Copies: Judge Mary M. Lisi, David DiMarzio, Clerk
cc: Christine M. Curley, Esq., William M. Kolb, Esq.,
John G. Earle, Esq.,Marc DeSisto, Esq.]