UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

March 10, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CASE NUMBER: CA 07-008ML **CCA# 08-1139**

TITLE OF CASE: Raymond W. Cahoon, Jr., et al. v. Oscar Shelton, et al.

Dear Clerk of Court:

Enclosed herewith you will find a SUPPLEMENT to the RECORD ON APPEAL and a certified copy of the docket entries.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By ______
John Duhamel
Deputy Clerk

Encl:
**Document # 26: Transcript of Hearing on Cross-Motions for Summary Judgment; Certified Docket**