UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND W. CAHOON, JR., et al.

v. CA 07-008 ML

OSCAR SHELTON, et al.

ORDER

This matter is before the Court on Plaintiffs' Motion for Reconsideration. The Court has reviewed the written submissions of both sides and has heard oral argument.

Plaintiffs' motion is GRANTED with respect fo the claims made in Count III of the Complaint (Estoppel). The judgment previously entered in favor of Defendants on that claim is hereby VACATED.

Plaintiffs shall have thirty (30) days from the date of this Order to complete discovery as to the estoppel claim only. Plaintiffs shall file a supplemental memorandum of law and statement of undisputed facts as to that claim within sixty (60) days of the date of this Order. Defendants shall have twenty (20) days from the date Plaintiffs file their supplemental papers to file a response.

In all other respects, Plaintiffs' Motion for Reconsideration is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 10 , 2008