UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Raymond W. Cahoon, Jr. et al<br>Plaintiffs | : | |
| | : | |
| v. | : | C.A. #: 07-008ML |
| | : | |
| Oscar Shelton, et al<br>Defendants | : | |

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that all Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from the Judgment entered for all Defendants and against all Plaintiffs, pursuant to the Memorandum and Order dated January 4, 2008, denying Plaintiffs' Motion for Summary Judgment and granting in part and denying in part Defendants' Motion for Summary Judgment, except as it pertains to Count III (Estoppel), with respect to which Plaintiffs' Motion to Alter or Amend Judgment and for Reconsideration was granted by the District Court pursuant to the Order entered by the District Court on or about March 10, 2008. Plaintiffs also appeal from the Order, entered by the District Court on or about March 10, 2008, to the extent that it denied Plaintiffs' Motion to Alter or Amend Judgment and for Reconsideration except with respect to Count III.

Plaintiffs,
By their Attorneys,

/s/ William M. Kolb
William M. Kolb, #3664
Law Offices of William M. Kolb, LLC
One Ship Street
Providence, RI 02903
401-490-8297
401-490-8299 (fax)

/s/ Christine Curley
Christine M. Curley #4529
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
(401) 294-0849 (fax)

**CERTIFICATION**

I hereby certify that the foregoing *AMENDED NOTICE OF APPEAL* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing System. The following attorneys received service by electronic means on this 9th day of April 2008:

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
marc@desistolaw.com

John G. Earle, Esq.
BRESLIN, SWEENEY & EARLE, LLP
222 Jefferson Boulevard, Suite 300
Warwick, RI 02888
jearle@bselaw.com

/s/ William M. Kolb