UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND W. CAHOON, JR., et al.

*Plaintiffs,*

vs. C.A. No. 07-008 ML

OSCAR SHELTON, et al.,

*Defendants.*

**DEFENDANTS' CONSENTED TO MOTION TO AMEND THE MARCH 10, 2008 ORDER BY THIRTY (30) DAYS**

Now come defendants and respectfully move for a thirty (30) day extension of the March 10, 2008, Order of this Court. In that Order, this Court granted plaintiffs thirty (30) days in which to complete discovery on the estoppel claim and further ordered plaintiffs to file a supplemental memorandum of law and statement of undisputed facts within sixty (60) days of that Order, with Defendants response being due twenty days thereafter. Defendants represent that the discovery requests submitted by plaintiffs are extensive and detailed, requiring additional time beyond the thirty (30) day deadline for defendants to sufficiently and adequately comply. Defendants thus respectfully ask this Court to Amend its March 10, 2008, Order to grant thirty (30) additional days for plaintiffs to complete its discovery and likewise extending the deadline for filing Supplemental Memorandum and Statement of Undisputed Facts by thirty (30) days.

Defendants further state Plaintiffs' counsel has consented to this Motion.

WHEREFORE, defendants respectfully request that this Court Amend its March 10, 2008, Order by thirty (30) days thus granting plaintiffs sixty (60) days from March 10, 2008 in which to complete discovery as to the estoppel claim, with Plaintiffs'

supplemental memorandum of law and statement of undisputed facts as to that claim being filed within (90) days from the date of the Order.

Defendants,
Oscar Shelton, Scott Avedisian,
David C. Olsen, Diana Pearson,
City of Warwick, Warwick Board
of Public Safety, Leslie Waleska
Baxter, Marshall Martin, Joseph
Spinale and Michael Ryan,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 10 day of April, 2008, and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means.

Christine M. Curley christinecurley@earthlink.net
William M. Kolb bill@kolblaw.com

*/s/ Marc DeSisto*

Marc DeSisto