07-00008
USDC - RIPR
J. Lisi

# MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 08-1139

RAYMOND W. CAHOON, JR.; JOSEPH A. NAPPA; LUCIO MONTELLA, JR.; MICHAEL KRACZKOWSKI; THOMAS P. CONROY, JR.; KEVIN J. LOISELLE; ALLEN C. SIMPKINS; ANN FERLA MASTRONARDI; PAUL KANE, SR.; CAROLYN THATCHER, in her capacity as the Administratrix of the Estate of Norman Thatcher; ROBERT R. LATHAM, JR.; STEVEN S. ALBRO; DONALD SCOTT; CHARLES T. ROSS; ROLAND CREVIER; DENNIS PATRICK DONAHUE; DEAN SWANSON; PAUL E. AUBIN; WILLIAM I. BROOKE; RAYMOND W. CAHOON, SR.; JAMES GORDON; HARRY BRANCH; JOSEPH WERBINSKI; THOMAS C. THOMPSON; RICHARD A. LABRIE; JOHN ROSE; LAWRENCE R. COLE; JOHN CAMPION; RONALD G. ANDERSON; ALFRED MATTERA; CAROL SWEETMAN; JOSEPH M. ROZZERO; TODD LEE; ROBERT W. LAVALLEY; DONALD SJOGREN; EUGENE PERRON; JAMES T. WARRENER, JR.; RONALD ALLARD; JOSEPH POPPA

Plaintiffs - Appellants

v.

OSCAR SHELTON, individually and in his official capacity as the Director of Personnel for the City of Warwick; SCOTT AVEDISIAN, individually and in his official capacity as Mayor of the City of Warwick; DIANA PEARSON, individually and in her official capacity as Assistant Solicitor for the City of Warwick; DAVID C. OLSEN, in his official capacity as the Treasurer of the City of Warwick; THE CITY OF WARWICK; THE WARWICK BOARD OF PUBLIC SAFETY; LESLIE WALESKA BAXTER, individually and in her official capacity as Chairwoman of the Warwick Board of Public Safety; MARSHALL MARTIN, individually and in his official capacity as a member of the Warwick Board of Public Safety; JOSEPH SPINALE, individually and in his official capacity as a member of the Warwick Board of Public Safety; MICHAEL RYAN, individually and in his official capacity as former Chairman of the Warwick Board of Public Safety; VARIOUS JOHN DOES AND JANE DOES

Defendants - Appellees

---

**JUDGMENT**

Entered: April 28, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 4-28-08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc:
Mark DeSisto
Christine M. Curley
John G. Earle
William M. Kolb