UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RAYMOND W. CAHOON, JR., et al.<br>*Plaintiffs,*<br>vs.<br>OSCAR SHELTON, et al.,<br>*Defendants.* | C.A. No. 07-008 ML |

**DEFENDANTS' CONSENTED TO MOTION TO AMEND THE MARCH 10, 2008 ORDER**

Now come defendants and respectfully move for an extension of the date for compliance with discovery set forth in this Court's March 10, 2008 Order. In that Order, this Court granted Plaintiffs thirty (30) days in which to complete discovery on the estoppel claim and further ordered Plaintiffs to file a supplemental memorandum of law and statement of undisputed facts within sixty (60) days of that Order, with Defendants response being due twenty days thereafter.

Defendants represent that the discovery requests submitted by Plaintiffs are extensive and detailed, requiring additional time beyond the thirty (30) day deadline for Defendants to sufficiently and adequately comply. Defendants thus respectfully ask this Court to amend its March 10, 2008, Order extending the time for compliance to June 10, 2008, and likewise extending the deadline for filing a Supplemental Memorandum and a Statement of Undisputed Facts by thirty (30) days until July 10, 2008.

Defendants further state that Plaintiffs' counsel has consented to this Motion.

WHEREFORE, Defendants respectfully request that this Court Amend its March 10, 2008, Order to allow defendants to comply with Plaintiffs' discovery request on or

before June 10, 2008, and to extend Plaintiffs' time for filing a Supplemental Memorandum and a Statement of Undisputed Facts to thirty (30) days thereafter.

Defendants,
Oscar Shelton, Scott Avedisian,
David C. Olsen, Diana Pearson,
City of Warwick, Warwick Board
of Public Safety, Leslie Waleska
Baxter, Marshall Martin, Joseph
Spinale and Michael Ryan,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 14th day of May, 2008, and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means.

Christine M. Curley christinecurley@earthlink.net
William M. Kolb bill@kolblaw.com

*/s/ Marc DeSisto*

Marc DeSisto