UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAYMOND W. CAHOON, JR., et al.

vs. C.A. No. 07-008 ML

OSCAR SHELTON, et al.,

**PLAINTIFFS' CONSENTED TO MOTION TO AMEND THE MARCH 10, 2008 ORDER**

Now come Plaintiffs and respectfully move for an extension of the date to file a supplemental memorandum of law and statement of undisputed facts set forth in this Court's March 10, 2008 Order, as amended by Defendants' Consented to Motion to Amend the March 10, 2008 Order. In that Order, this Court granted Plaintiffs thirty (30) days in which to complete discovery on the estoppel claim and further ordered Plaintiffs to file a supplemental memorandum of law and statement of undisputed facts within sixty (60) days of that Order, with Defendants' response being due twenty (20) days thereafter. In Defendants' Consented to Motion to Amend the March 10, 2008 Order, Defendants requested, with Plaintiffs' consent, that Defendants be given to June 10, 2008, to respond to Plaintiffs' discovery responses and that Plaintiffs be given until July 10, 2008, to file their supplemental memorandum of law and statement of undisputed facts.

Plaintiffs represent that, now that they have Defendants' discovery responses, they need additional time to do the research necessary to adequately comply with the Court's Order for a supplemental memorandum of law and statement of undisputed facts. Plaintiffs thus respectfully ask this Court to amend its March 10, 2008, Order extending the time for Plaintiffs' supplemental memorandum of law and statement of undisputed facts to August 11, 2008, with defendants' response due twenty (20) days thereafter.

Plaintiffs further state that Defendants' counsel has consented to this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court amend its March 10, 2008, Order to allow Plaintiffs to file their supplemental memorandum of law and statement of undisputed facts on or before August 11, 2008, with Defendants' response due twenty (20) days thereafter.

Plaintiffs,
By their Attorneys,

/s/ William M. Kolb
William M. Kolb, #3664
Law Offices of William M. Kolb, LLC
One Ship Street
Providence, RI 02903
401-490-8297; 401-490-8299 (fax)

/s/ Christine Curley
Christine M. Curley #4529
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
(401) 294-0849 (fax)

**CERTIFICATION**

I hereby certify that the foregoing *PLAINTIFFS' CONSENTED TO MOTION TO AMEND THE MARCH 10, 2008 ORDER* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 7th day of July 2008:

Marc DeSisto, Esq.
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
marc@desistolaw.com

/s/ William M. Kolb